# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Reloaded Games, Inc.   v.   Parallel Networks, LLC

No. 15-1915

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Parallel Networks, LLC
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant   ☒ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Darren Wade Collins
Law Firm: McGuireWoods LLP
Address: 2000 McKinney Avenue, Suite 1400
City, State and Zip: Dallas, TX 75201
Telephone: (214) 932-6405
Fax #: (214) 932-6499
E-mail address: dwcollins@mcguirewoods.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 9/14/2015   Signature of pro se or counsel /s/ Darren Wade Collins

cc: _____

Reset Fields

## CERTIFICATE OF SERVICE

I certify that ENTRY OF APPEARANCE was filed today using the Court's CM/ECF filing system. Counsel registered with the CM/ECF system have been served by operation of the Court's CM/ECF system on this 14th day of September, 2015.

/s/ Darren Wade Collins
Darren Wade Collins